UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA        )
                                         )
v.                                  )         No. 1:25-cr-31-CLC/MJD
                                         )
CRYSTAL ENGDAHL             )

## REPORT AND RECOMMENDATION

On May 19, 2026, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant moved to withdraw her not guilty plea to Count One of the Indictment and entered a plea of guilty to the lesser included offense of the charge in Count One of the Indictment, that is, conspiracy to distribute 40 grams or more of a fentanyl mixture and substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) (the "Lesser Included Offense). Defendant also moved to withdraw her not guilty plea to Count Nine of the Indictment and entered a plea of guilty to Count Nine of the Indictment. Both actions were taken in exchange for the undertakings made by the Government in the written plea agreement [Doc. 183].

On the basis of the record made at the hearing, this Court finds: (1) Defendant is fully capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights she waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Court **RECOMMENDS** Defendant's motion to withdraw her not guilty plea to Count One of the Indictment be granted, her plea of guilty to the Lesser Included Offense be accepted, and the District Judge adjudicate Defendant guilty of the charges set forth in the

Lesser Included Offense. This Court also **RECOMMENDS** that Defendant's motion to withdraw her not guilty plea to Count Nine of the Indictment be granted, her plea of guilty to Count Nine of the Indictment be accepted, the District Judge adjudicate Defendant guilty of the charges set forth in Count Nine of the Indictment, and a decision on whether to accept the plea agreement be deferred until sentencing.

This Court further **RECOMMENDS** Defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement [Doc. 183], and imposition of sentence are specifically reserved for the District Judge.

**ENTER**:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2