# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:25-cr-31-CLC/MJD |
| v. | ) | |
| | ) | |
| CRYSTAL ENGDAHL | ) | |

## O R D E R

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to the lesser included offense of the charge in Count One of the Indictment, that is, conspiracy to distribute 40 grams or more of a fentanyl mixture and substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) (the "Lesser Included Offense"); and (3) adjudicate the Defendant guilty of the Lesser Included Offense; (4) grant Defendant's motion to withdraw her not guilty plea as to Count Nine of the Indictment; (5) accept Defendant's guilty plea as to Count Nine of the Indictment; (6) adjudicate the Defendant guilty of Count Nine of the Indictment; (7) defer a decision on whether to accept the plea agreement [Doc. 183] until sentencing; and (8) order that Defendant remain in custody until sentencing in this matter [Doc. 198]. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 198] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to the Lesser Included Offense is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the Lesser Included Offense;

4. Defendant's motion to withdraw her not guilty plea as to Count Nine of the Indictment is **GRANTED**;

5. Defendant's plea of guilty to Count Nine is **ACCEPTED**;

6. Defendant is hereby **ADJUDGED** guilty of Count Nine;

7. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

8. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **October 7, 2026, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2